IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KA'TORAH ARYA SAGE-OBAMA,                                            PLAINTIFF
ADC #658340

CASE NO. 4:17-CV-487-JM/BD

PHILLILPS, et al.                                                    DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Sage-Obama's claims against the Defendants in their official capacity are DISMISSED, without prejudice.

IT IS SO ORDERED, this 28th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE